UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.:_____

MOHAMMAD HARAKE, on behalf of
himself and on behalf of all others
similarly situated,

    Plaintiff,
v.

TRACE STAFFING SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, Defendant Trace Staffing Solutions, LLC ("Defendant") hereby notices its removal of this action from the Circuit Court of the 13th Judicial Circuit for Hillsborough County, Florida (the "State Court") to the United States District Court for the Middle District of Florida, Tampa Division.  This Court has jurisdiction over this action under 28 U.S.C. § 1441(a).  As grounds for removal, Defendant respectfully shows the Court the following:

    1.    On January 8, 2019, Plaintiff Mohammad Harake ("Plaintiff") filed a Complaint (the "Complaint") against Defendant in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 19-CA-221 (the "State Court Action").  Trace Staffing Solutions, LLC received a copy of the Complaint, by service, on January 10, 2019.  The Complaint is attached hereto as Exhibit "A".

    2.    Plaintiff is asserting claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") and Plaintiff is therefore seeking relief under a federal statute.

3. Based on the Plaintiff's assertions, this Court has original subject matter jurisdiction over this action and all claims asserted against Defendant under federal question jurisdiction. Removal of this action to this Court is, therefore, proper under 28 U.S.C. §§ 1441 and 1446.

4. Venue is proper in this Court under 28 U.S.C. § 1441(a) and 89(b) because the United States District Court for the Middle District of Florida, Tampa Division, is the federal judicial district and division embracing the 13th Judicial Circuit, Hillsborough County, where the State Court Action was filed.

5. Plaintiff served Defendant with a Summons and copy of the Complaint on January 10, 2019. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days of the January 10, 2019 date of service.

6. To date, the only pleading which Defendant has received is the Complaint, attached as Exhibit A.

7. In accordance with 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, will serve a copy of this Notice upon counsel for all parties, and will file a copy in the Circuit Court for the 13th Judicial Circuit for Hillsborough County, Florida, along with a Notice of Filing Notice of Removal. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit "B." Defendant is the only named Defendant in the State Court Action.

## MEMORANDUM OF LAW

**A.    The United States District Court Has Jurisdiction Over this Matter**

A state court action may be removed to a United States District Court where "the district courts of the United States have original jurisdiction[.]"  28 U.S.C. §1441(a).  In the instant case, original jurisdiction is available under 28 U.S.C. §1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  This civil action purports to arise under federal law, since Plaintiff alleges that Defendant violated the FCRA.

**B.    Defendant Has Complied With the Procedure for Removal**

The procedure governing removal of actions first filed in state court is governed by 28 U.S.C. §1446.  Section 1446 provides that any defendant desiring to remove a civil action from state court must file a notice of removal which contains:

> a short plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant in such action.

*See* 28 U.S.C. §1446.  Furthermore, any notice of removal must be filed within thirty (30) days after receipt of the initial pleading.  *See* 28 U.S.C. §1446.

Paragraphs 1 through 7 above set forth the grounds on which removal is sought, specifically citing the federal statutes upon which original jurisdiction is premised (under 28 U.S.C. § 1331) and the factual support for that jurisdiction.  Accordingly, Defendant has complied with the terms of 28 U.S.C. §1446 which dictates that a short plain statement of the grounds for removal accompany any notice of removal.  In addition, this notice has annexed to

it, as Exhibit A, a copy of all process, pleadings and orders that have been served on Defendant, in compliance with 28 U.S.C. §1446.

**C.     Conclusion**

Defendant has complied with the procedural requirements of 28 U.S.C. §1446 and the Federal Rules of Civil Procedure which govern removal from state court, and this Court has original jurisdiction over this matter. Accordingly, Defendant respectfully requests that the United States District Court for the Middle District of Florida take jurisdiction over this action.

WHEREFORE, Defendant, Trace Staffing Solutions, LLC, hereby gives notice that the State Court Action pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, under Case No. 19-CA-221 is removed to the United States District Court for the Middle District of Florida.

Respectfully submitted this 30th day of January, 2019.

          *s/ Jose I. Leon*
Jose I. Leon, Esq.
Florida Bar No. 0958212
jleon@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone:  305-428-5322
Facsimile:   877-644-6209
*Counsel for Trace Staffing Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List by electronic mail.

                                              *s/ Jose I. Leon*
                                              Jose I. Leon, Esq.

**Service List**
Brandon J. Hill, Esq.
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
*Counsel for Plaintiff*

8011116/42985400v.1
**GORDON REES SCULLY MANSUKHANI**
100 SE Second Street, Suite 3900, Miami, FL 33131